IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

v.

[1] MARIO DONES-RAMOS
(Counts One, Two),

[2] JULIO VARELA-GUZMAN
(Counts One, Two),

[3] ANTHONY GUZMAN-ESTEVEZ
(Counts One, Three),

[4] RAFAEL NIEVES-ROBLES
(Counts One, Four),

[5] JOSE ANTONIO GONZALEZ-ASTACIO
(Counts One, Five),

[6] ADRIAN MALDONADO-HERNANDEZ
(Counts One, Five),

[7] JIMMY FUENTES-FONSECA
(Counts One, Six),

[8] AARON ORTIZ-ALCAZAR
(Counts One, Six),

[9] HANSEL JOSE PEÑA-MATIAS
(Counts One, Seven),

[10] RAMON ENRIQUE NOLASCO-FELIZ
(Counts One, Eight),

[11] RAYNER CORREDERA-LUIS
(Counts One, Nine),

[12] LESLIE O. NEVAREZ-CRUZ
(Counts One, Ten),

[13] HECTOR ARMANDO ROA-RAMOS
(Counts One, Eleven),

[14] RAFAEL SANCHEZ-DE LA CRUZ
(Counts One, Twelve, Fifteen),

[15] CARLOS ALBERTO GAUD-MEDINA
(Counts One, Thirteen),

No.: 25-cr-397 (GMM)

[16] EDGARDO GIOVANNI COLON-CRUZ
(Counts One, Fourteen), and

[17] JENSEN MARTINEZ-LOPEZ
(Counts One, Sixteen),

               Defendants.

## MOTION SEEKING PROTECTIVE ORDER

The United States of America, by and through its undersigned attorneys, respectfully requests under Rule 16(d) of the Federal Rules of Criminal Procedure that the Court enter the proposed protective order, attached as Exhibit 1, to expedite the flow of discovery material between the parties and adequately protect personal identity information, witness security, financial data, and non-party proprietary commercial information, all entitled to be kept confidential. Specifically, the discovery in this case contains, among other sensitive information, personal identifiable information of third parties and financial records and information.

           Respectfully submitted,

           W. STEPHEN MULDROW
           United States Attorney

           s/Daniel J. Olinghouse
           Daniel J. Olinghouse
           Assistant United States Attorney
           USDC-PR No. G03009
           Torre Chardón, Suite 1201
           350 Carlos Chardón Street
           San Juan, Puerto Rico 00918
           (787) 772-3975
           Daniel.Olinghouse2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will generate an electronic notice of this filing to be sent to the parties.

<div style="margin-left: 50%;">

s/Daniel J. Olinghouse
Daniel J. Olinghouse
Assistant United States Attorney

</div>